1448

## RECONSIDERATION DOCKET

**93–924.** Brown v. Ohio Bur. of Emp. Serv. *Marion County,* No. 9–91–50. Reported at 70 Ohio St.3d 1, 635 N.E.2d 1230. On motion for reconsideration. Motion denied.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**94–555.** State v. Gunnell. *Franklin County,* Nos. 93AP–1184 and 93AP–1185. Reported at 70 Ohio St.3d 1412, 637 N.E.2d 9. On motion for reconsideration. Motion denied.

**94–835.** Gallagher v. Cleveland Browns Football Co. *Cuyahoga County,* No. 63311. Reported at 70 Ohio St.3d 1415, 637 N.E.2d 11. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–851.** State v. Powell. *Hamilton County,* No. C–870091. Reported at 70 Ohio St.3d 1407, 637 N.E.2d 5. On motion for reconsideration. Motion denied.

**94–852.** State v. Coleman. *Hamilton County,* No. C–850490. Reported at 70 Ohio St.3d 1407, 637 N.E.2d 5. On motion for reconsideration. Motion denied.

**94–903.** State v. Crago. *Franklin County,* No. 92AP–542. Reported at 70 Ohio St.3d 1413, 637 N.E.2d 10. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**94–906.** State v. Coleman. *Hamilton County,* No. C–850340. Reported at 70 Ohio St.3d 1407, 637 N.E.2d 5. On motion for reconsideration. Motion denied.

**94–915.** McIntosh v. Roadway Express, Inc. *Butler County,* No. CA93–10–202. Reported at 70 Ohio St.3d 1413, 637 N.E.2d 10. On motion for reconsideration. Motion denied.